_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**November 26, 2013**

R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
ADAM D. GRAFF, ESQ.
Nevada Bar No. 011806
READE & ASSOCIATES
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
E-Mail: cread@readelawfirm.com
Attorneys for Creditor
ETHEL WASHINGTON
*In conjunction with the ProBono Project*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: 13-19444-mkn |
| | Chapter 13 |
| KENNETH A. CATRON, | |
| | ORDER GRANTING CREDITOR |
| | ETHEL WASHINGTON'S MOTION |
| Debtor. | FOR ORDER SHORTENING TIME |

Hearing Date: December 18, 2013
Hearing Time: 1:30 P.M.

Upon consideration of Creditor Ethel Washington's Motion for an Order Shortening Time, the Court having reviewed the pleadings, papers and records on file; and good cause appearing:

///

///

IT IS HEREBY ORDERED that the time for the hearing on Creditor Ethel Washington's Motion for Relief from the Automatic Stay is hereby shortened, with the hearing to be scheduled for the ____18th____ day of ____December____, at __1:30__ _P_.m., in the Foley Federal Building, 300 Las Vegas Blvd., Las Vegas, NV 89101 in Courtroom No. _2_, or as soon thereafter as counsel can be heard.

Due to the shortened time for the hearing on this Motion, any opposition to the motion shall be filed by __12/11/13__. All argument shall be heard at the time of hearing.

Service of the Order Shortening Time must be in compliance with LR 9006(e).

**IT IS SO ORDERED.**

RESPECTFULLY SUBMITTED this 25th day of November, 2013:

READE & ASSOCIATES

R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
ADAM D. GRAFF, ESQ.
Nevada Bar No. 0011806
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Attorneys for Creditor
ETHEL WASHINGTON

###