_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**December 31, 2013**

R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
ADAM D. GRAFF, ESQ.
Nevada Bar No. 011806
READE & ASSOCIATES
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone:  (702) 794-4411
Facsimile:  (702) 794-4421
E-Mail:  creade@readelawfirm.com
Attorneys for Plaintiff
ETHEL WASHINGTON
*In conjunction with the ProBono Project*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | CASE NO.:    13-19444-mkn |
| | ) | Chapter       13 |
| KENNETH A. CATRON, | ) | |
| | ) | ORDER ON MOTION FOR RELIEF |
| | ) | FROM THE AUTOMATIC STAY RE: |
| Debtor. | ) | RESTITUTION OF 6712 SEA SWALLOW |
| | ) | STREET, NORTH LAS VEGAS, 89014 |
| _____ | ) | |

Hearing Date: December 18th, 2013
Hearing Time: 1:30 p.m.

Creditor Ethel Washington's Motion for Relief from the Automatic Stay, having come on

for Hearing before the above-entitled court on the 18th day of December, 2013; Creditor being

represented by her counsel Adam D. Graff Esq., of the law firm of Reade & Associates; Debtor

KENNETH A. CATRON being represented by his counsel Ryan A. Hamilton, Esq.; the Court

having reviewed the pleadings, papers and records on file; and good cause appearing:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that Creditor Ethel Washington's Motion for Relief from the

Automatic Stay is hereby granted related to the previously Court-ordered restitution of the

residence located at 6712 Sea Swallow Street, North Las Vegas, Nevada 89084, as Ordered by

the Eighth Judicial District Court in case A-13-690180-C.

IT IS FURTHER ORDERED that Creditor Washington may immediately proceed with

the execution of the Writ of Restitution.

RESPECTFULLY SUBMITTED this 27th day of December, 2013:

READE & ASSOCIATES


Adam D. Graff /s/_____
R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
ADAM D. GRAFF, ESQ.
Nevada Bar No. 0011806
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone:  (702) 794-4411
Attorneys for Creditor
ETHEL WASHINGTON

###

2

**CERTIFICATION PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The Court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Attorney for Debtor | Trustee |
|---|---|
| ___ Approve<br>___ Disapprove<br>___ Failed to Respond | ___ Approve<br>___ Disapprove<br>___ Failed to Respond |
| By: _____<br>Ryan A. Hamilton, Esq.<br>HAMILTON LAW<br>5125 S. Durango, Suite C<br>Las Vegas, Nevada 89113<br>**Attorneys for Debtor** | By: _____<br>Rick A. Yarnall<br>701 Bridger Ave., #820<br>Las Vegas, NV 89101<br>**Chapter 13 Trustee** |

X  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

[Intentionally left blank]

3